IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:06-CV-3094-CC |
| BULLDOG MOVERS, INC., | ) ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

COMES NOW Plaintiff UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., by and through its undersigned counsel of record, and hereby files this STIPULATION OF DISMISSAL pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Defendant BULLDOG MOVERS, INC. acknowledges its consent hereto with the signature of its undersigned counsel.

Respectfully submitted, this 4th day of August, 2008.

                        KING & SPALDING LLP

                        /s/ Thomas C. Lundin Jr.
                        Bruce W. Baber
                          Georgia Bar No. 030050
                        Thomas C. Lundin Jr.
                          Georgia Bar No.461141
                        Elizabeth Fox
                          Georgia Bar No.272517

                        1180 Peachtree Street, NE
                        Atlanta, Georgia 30309
                        Telephone : 404-572-4600
                        Facsimile: 404-572-5135

                        Attorneys for Plaintiff
                        UNIVERSITY OF GEORGIA
                        ATHLETIC ASSOCIATION, INC.

Consented to:

CARLTON FIELDS, P.A.

/s/ Brooke Lewis
James J. Wolfson
  Georgia Bar No. 773397
Brooke Lewis
  Georgia Bar No. 449989

One Atlantic Center
1201 West Peachtree Street, NW
Suite 3000
Atlanta, Georgia 30309
Telephone:  404-815-2704
Facsimile:  404-815-3415

Attorneys for Defendant
BULLDOG MOVERS, INC.

2

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I served the foregoing STIPULATION OF DISMISSAL upon Defendant by electronically filing same with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing by electronic mail to the following attorney of record:

> James J. Wolfson, jwolfson@carltonfields.com
> Brooke Lewis, blewis@carltonfields.com
> Gail Podolsky, gpodolsky@carltonfields.com

Dated: August 4, 2008.

/s/ Thomas C. Lundin Jr.
Thomas C. Lundin Jr